# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **JOSEPH L. JAMES** | **CIVIL ACTION NO. 2:17CV1502** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **OUTPATIENT MEDICAL CENTER, INC, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 9] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 5] is **GRANTED**, and all claims against the United States through Outpatient Medical are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Monroe, Louisiana, this 4th day of May, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE